## SIBLEY, REC'V'R, ETC., V. LEEK.

1. JURISDICTION : *Practice in supreme court.*
   This court will not overlook the want of jurisdiction of a cause in the trial court, though the question has not been raised.

2. SAME : *Of J. P. for injury to personal property.*
   Under the Constitution of 1874, a justice of the peace has no jurisdiction in an action for injury to personal property where the damages claimed exceed one hundred dollars.

APPEAL from *Pulaski* Circuit Court.
Hon. F. T. VAUGHAN, Circuit Judge.

*Brown* and *Rose* for Appellant.
*Kimball,* contra.

SMITH, J.   The cause of action was the killing of live stock by the train of a railroad operated by a receiver.   The action was begun before a justice of the peace, and damages were laid at $130.   The question of jurisdiction has not been raised, but cannot be overlooked.   As the damages claimed exceeded $100, and arose out of an injury to personal property, the justice had no jurisdiction over the subject matter of the controversy.   *Constitution of 1874, Art. 7, Sec. 40; L. R., M. R. & Tex. R'y v. Manees, 44 Ark., 100.*

The judgment of the Pulaski circuit court is vacated and the cause dismissed.